J-S23020-17

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

COMMONWEALTH OF PENNSYLVANIA,    :     IN THE SUPERIOR COURT OF
                                        :               PENNSYLVANIA

         Appellant            :

                                        :

         v.                      :

                                        :

ROBERT J. BOOTH, JR.             :         No. 1773 EDA 2016

Appeal from the Order May 25, 2016
in the Court of Common Pleas of Philadelphia County,
Criminal Division, No(s):  CP-51-CR-0005705-2015

BEFORE:  OLSON, SOLANO and MUSMANNO, JJ.

CONCURRING STATEMENT BY MUSMANNO, J.:       **FILED JULY 07, 2017**

      I agree with the Majority's conclusion that the first prong of the test for a due process claim was satisfied "as the delay caused Appellee prejudice[.]"  Slip Opinion at 6.  Further, I am constrained to agree with the Majority that the second prong was not met, as the delay in filing charges was "through no fault of the Commonwealth."  Trial Court Opinion, 8/30/16, at 5.  Thus, Appellee's due process claim must fail under the law as it presently exists.

      Thus, while I reluctantly agree with the result reached by the Majority, I am troubled by its impact.  The prejudice caused to Appellee by a 23-year delay, with no explanation as to the reason for the delay, when coupled with charges that span a three-year period, violates the notion of fundamental fairness essential to due process.

      Judge Olson joins this concurring statement.